UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>v.<br><br>$50,200 IN UNITED STATES<br>CURRENCY SEIZED ON<br>NOVEMBER 28, 2016,<br>                    Defendant.<br><br>JARED S. GUARALDI,<br>BEVERLY GUARALDI,<br>DEAN GUARALDI,<br>                    Claimants. | Civil Action No. 17-11182-IT |

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

**TALWANI, D.J.**

This Court having allowed the Parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the Parties is hereby entered for the forfeiture of $50,200 in United States currency (the "Currency") to the United States, pursuant to 21 U.S.C. § 881(a)(6).

2. The Currency shall be disposed of by the United States Marshal Service, pursuant to 21 U.S.C. § 881(a)(6), and applicable law.

3. Any claim of interest of any other parties claiming any right, title, or interest in or to the Currency is hereby held in default and dismissed.

4. This Court shall retain jurisdiction in this case solely for the purpose of enforcing

the terms of this Judgment.   Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 26 day of September, 2018.

/s/ Indira Talwani
INDIRA TALWANI
United States District Judge